UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　GREGORY A PAYNE SR<br>　SAUNDRA J. PAYNE<br>　　　　　　　　　Debtors | CASE NO: 05-42144<br>　　(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 24 | MARSHALL FIELDS<br>BOX 66955<br>ST LOUIS, MO  63166 | 12.67 |

　/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/18/2009

Certificate of Service 05-42144

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

GREGORY A PAYNE SR
SAUNDRA J. PAYNE
3851 CAVANAUGH ROAD
DAYTON, OH 45405

JAMES E JASINSKI
111 W FIRST ST
SUITE 1045
DAYTON, OH 45402

(37.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH 43215

(34.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
BOX 8603
ELMHURST, IL 60126

(39.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ 07193

(38.1n)
HSBC AUTO FINANCE DEPARTMENT
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX 76006

(40.1n)
HSBC AUTO FINANCE DEPARTMENT
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX 76006

(24.1)
MARSHALL FIELDS
BOX 66955
ST LOUIS, MO 63166

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      cs