UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-42144 |
|---|---|
|    GREGORY A PAYNE SR | (Chapter 13) |
| SAUNDRA J. PAYNE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 2 | BENEFICIAL OHIO<br>PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG, IL  60173 | 2,065.25 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service       05-42144

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| GREGORY A PAYNE SR<br>SAUNDRA J. PAYNE<br>3851 CAVANAUGH ROAD<br>DAYTON, OH  45405 | JAMES E JASINSKI<br>111 W FIRST ST<br>SUITE 1045<br>DAYTON, OH  45402 | (37.1n)<br>ATTY GENERAL STATE OF OHIO<br>% REBECCA DAUM<br>30 E BROAD ST 23RD FL<br>COLUMBUS, OH  43215 |
| (2.1)<br>BENEFICIAL OHIO<br>PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG, IL  60173 | (2.3)<br>BENEFICIAL OHIO INC<br>961 WEIGEL DR<br>BOX 8603<br>ELMHURST, IL  60126 | (39.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 |
| (38.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>C/O THE RAMSEY LAW FIRM PC<br>PO BOX 201347<br>ARLINGTON, TX  76006 | (40.1n)<br>HSBC AUTO FINANCE DEPARTMENT<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX  76006 | |

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       cs