**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: January 10, 2011**

_____

B10-02082                                               FDE\sbt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GREGORY A. PAYNE, SR. | ) | CASE NO. 05-42144 |
| | ) | |
| SAUNDRA J. PAYNE | ) | JUDGE LAWRENCE S WALTER |
| *aka* SAUNDRA JEAN PAYNE | ) | |
| *aka* SAUNDRA J. PAYNE-WILLIAMS | ) | ORDER GRANTING MOTION OF BENEFICIAL |
| | ) | FOR TURNOVER OF UNCLAIMED FUNDS |
| Debtors | ) | (RE: DOCKET #52) |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 3851 Cavanaugh Road |
| | ) | Dayton, Ohio 45405 |

This matter came before this Court on Motion for Turnover of Unclaimed Funds of BENEFICIAL OHIO INC., its successors and assigns ("BENEFICIAL"), Docket #52 filed on December 17, 2010.

For good cause shown, the Motion is granted and the Clerk of the United States Bankruptcy Court is hereby Ordered and Directed to turnover unclaimed funds in the amount of $2,065.25 to BENEFICIAL, sending said funds to BENEFICIAL using the following address:

### HSBC/BENEFICIAL PAYMENT PROCESSING CENTER

### 636 Grand Regency Boulevard

### Brandon, FL  33510

on behalf of the Debtors Gregory A, Payne, Sr., and Saundra J. Payne, Redacted Mortgage Loan Number XXXXXXXXXX1869.

**IT IS SO ORDERED.**

        Submitted by:

/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK & JEFFREY
Faye D. English #0075557
P.O. Box 968
Twinsburg, Ohio 44087
330-425-4201
Fax 330-425-2155
fenglish@reimerlaw.com
Attorney for BENEFICIAL

Copies to:

Default List

Carter M. Stewart, United States Attorney
Southern District of Ohio
200 West Second Street, Suite #600
Dayton, Ohio 45402

Montgomery County Treasurer
Montgomery County Treasurer's Office
Montgomery County Administration Building,
Second Floor
451 West Third Street
Dayton, Ohio 45422

# # #